UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Miguel A. Moreno,

                    Plaintiff,                          21 Civ. 8387 (AEK)

     -against-                              **ORDER**

Kilolo Kijakazi,
*Acting Commissioner of Social Security*,

                    Defendant.

----------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       On October 12, 2021, the Court filed its Standing Order, In Re: Motions for Judgment on the Pleadings in Social Security Cases, pursuant to which Defendant is to file the certified transcript of administrative proceedings within 90 days of being served with the complaint.  ECF No. 5.  Because no proof of service has been filed by Plaintiff, the Court does not know when the 90-day period for filing the certified transcript expires.  Accordingly, Plaintiff is directed to file proof of service by **Tuesday, December 21, 2021**.

Dated:  December 14, 2021
          White Plains, New York

                                     **SO ORDERED.**

                                  _____

                                  ANDREW E. KRAUSE
                                  United States Magistrate Judge