UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIGUEL A. MORENO,

                        Plaintiff,                          21 **CIVIL** 8387 (AEK)

        -v-                                                 **JUDGMENT**

KILOLO KIJAKAZI,

                        Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order of Remand dated August 30, 2022, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceeding.

**Dated:**  New York, New York
          September 1, 2022

                                                                 **RUBY J. KRAJICK**

                                                                                **Clerk of Court**

                                              **BY:**

                                                                                **Deputy Clerk**